**Elgie L. LONG, Sr., Willie A. Long and Elgie L. Long, Jr., Appellants,**

v.

**FUNERAL DIRECTORS SERVICE, INC., et al., Thaddeus Lee Rogers and Kansas City Funeral Directors, Inc., Respondents.**

No. WD 60713.

Missouri Court of Appeals, Western District.

Dec. 24, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 2003.

Application for Transfer Denied March 4, 2003.

Dennis J. Campbell Owens, Kansas City, MO, Albert W.L. Moore, Jr., Co–Counsel, Independence, MO, for Appellants.

Carol Franke Walsh, Kansas City, MO, Rhonda S. Loeppke, Independence, MO, for Respondents.

Before: PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

The Long Family, Elgie L. Long, Sr., Willie A. Long and Elgie L. Long, Jr. ("Appellants") seek review of the trial court's judgment, which dismissed its petition with prejudice.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).